| | |
|---|---|
| 1 | Ann T. Rossum (State Bar No. 281236) |
| 2 | atrossum@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:  +1.949.851.3939 |
| 5 | Facsimile:   +1.949.553.7539 |
| 6 | Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MOORE,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No. SACV13-1850 BRO (DFMx)<br><br>Assigned for all purposes to the Honorable Beverly Reid O'Connell<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTE THAT Plaintiff James Moore and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Respectfully Submitted,

Dated: June 5, 2014         JONES DAY

By: */s/ Ann T. Rossum*
    Ann T. Rossum

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: June 5, 2014         TATAR LAW FIRM

By: */s/ Stephanie Tatar*
    Stephanie Tatar

Attorneys for Plaintiff
JAMES MOORE