1  Stephanie R. Tatar (237792)
2  **TATAR LAW FIRM, APC**
   3500 West Olive Avenue, Suite 300
3  Burbank, CA 91505
   Telephone: (323) 744-1146
4  Facsimile: (888) 778-5695                    JS-6

5  *Attorney for Plaintiff*

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **JAMES MOORE,**                | Case No. **13-CV-1850 BRO (DFMx)**
12           **Plaintiff,**         |
13      v.                          | ORDER ON STIPULATION FOR
                                    | DISMISSAL
14  **EXPERIAN INFORMATION          |
    SOLUTIONS, INC.,**              |
15                                  |
           **Defendant.**            |
16

17              **STIPULATION OF DISMISSAL**

18      IT IS HEREBY STIPULATED AND AGREED, on this 26th day of June,

19  2014, by and between Plaintiff and Defendant Experian Information Solutions, Inc.

20

21  that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each

22  party to bear her or its own attorney's fees, costs and expenses incurred.

23

24  */s/ Stephanie R. Tatar*                */s/ Ann T. Rossum*
    Stephanie R. Tatar                      Ann T. Rossum
25  **TATAR LAW FIRM**                      **JONES DAY**
    3500 West Olive Avenue, Suite 300       3161 Michelson Drive, Suite 800
26  Burbank, CA 91505                       Irvine, CA 92612
    (P) 323-744-1146                        (P) 1-949-553-7530
27  (F) 888-778-5695                        (F) 1-949-553-7539
    stephanie@thetatarlawfirm.com           atrossum@jonesday.com
28

1

1 | Counsel for Plaintiff Counsel for Defendant
 James Moore Experian Information Solutions, Inc.
2

3

**IT IS SO ORDERED.**

4 DATED: June 26, 2014

5 *[signature]*

6 **UNITED STATES DISTRICT JUDGE**